UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SWEET

DELORES BENNETT,

Plaintiff,

-v-

J.C. PENNEY COMPANY, INC. and J.C.
PENNEY CORPORATION, INC.,

Defendant.

Case No. 08 CV 2956

**Rule 7.1 Statement**

MAR 21 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

J.C. PENNEY COMPANY, INC.          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 03/18/2008

Signature of Attorney

**Attorney Bar Code:** BL-0503

Form Rule7_1.pdf  SDNY Web 10/2007