UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SWEET

|  |  |
|---|---|
| DELORES BENNETT, | Plaintiff, |
| -v- |  |
| J.C. PENNEY COMPANY, INC. and J.C. PENNEY CORPORATION, INC., | Defendant. |

08 CV. Case No. 2956

**Rule 7.1 Statement**

MAR 21 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

J.C. PENNEY CORPORATION, INC. _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

J.C. PENNEY COMPANY, INC.

**Date:** 03/18/2008 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** BL-0503