IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DELORES BENNETT,

                              Plaintiff(s)

        -against-             Docket No.: 08 CV 2956

J.C. PENNEY COMPANY, INC. AND J.C. CORPORATION, INC.,

                              Defendant(s)

*JUDGE SWEET*

### JURY DEMAND

**PLEASE TAKE NOTICE**, that the undersigned demands a trial by jury composed of six (6) jurors in the above-entitled action.

Date:   Hicksville, New York
         March 18, 2008

                                                  Yours etc.,

                                                  **MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS**
                                                  By: BRADLEY J. LEVIEN (BL-0503)
                                                  Attorneys for Defendant
                                                  25 Newbridge Road, Suite 200
                                                  Hicksville, New York 11801
                                                  (516) 939-9200
                                                  Our File No.: 3772.0020

TO:   Steven J. Seiden, Esq.
        SEIDEN & KAUFMAN
        *Attorney for Plaintiff*
        One Old Country Road
        Carle Place, NY 11514
        (516) 747-2433
        (516) 294-4339 (fax)