

**Mintzer Sarowitz Zeris Ledva & Meyers** LLP

ATTORNEYS AT LAW

17 West John Street, Suite 200
Hicksville, NY 11801
Tel: 516.939.9200
Fax: 516.939.9201
www.defensecounsel.com

E-mail: blevien@defensecounsel.com

File No. 003772.000020

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 North Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

June 3, 2008

**VIA ECF**
Honorable Robert W. Sweet, USDJ
UNITED STATES COURTHOUSE
500 Pearl Street, Room 1920
New York, New York 10007

RE:   DELORES BENNETT v. J.C. PENNEY COMPANY, INC., J.C. PENNEY CORPORATION, INC., VORNAO REALTY TRUST AND VORNADO REALTY L.P.,
      DOCKET NO. 1:08-CV-02956-RWS
      Our File Number:       003772.000020

Dear Judge Sweet:

  We represent the defendants in this matter. The parties hereto have now stipulated that damages do not exceed $75,000 exclusive of interest, costs and disbursements. As such, this case no longer falls under Federal Diversity Jurisdiction. We enclose a Stipulation reflecting the foregoing. As the Court will note, the Stipulation also provides for the remand of this case to the Supreme Court of the State of New York, County of New York.

  We respectfully request that the Court "So Order" this Stipulation in order to close this proceeding and formalize the remand and re-opening of the State Court action.

  Thanking the Court for its time and attention to this matter, I remain,

Very truly yours,

BRADLEY J. LEVIEN

BJL/js
**Enclosure:** *Stipulation*
**cc:** *(with enclosure)*
SEIDEN & KAUFMAN
One Old Country Road
Carle Place, NY 11514

433706

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DELORES BENNETT,

                        Plaintiff(s)

               Docket No.: 1:08-cv-02956-RWS

-against-

               NY County Index # 102423/07

J.C. PENNEY COMPANY, INC. AND J.C. CORPORATION, INC.,

                        Defendant(s)

IT IS HEREBY STIPULATED and agreed by and between the undersigned attorneys of record for the parties hereto that, no party hereto being an infant or an incompetent for whom a conservator has been appointed:

1) plaintiff's damages in the above captioned action shall be, and same hereby are, limited to seventy-five thousand dollars ($75,000.00) exclusive of interest, costs and disbursements; and

2) in the event of the trial of this action, any verdict in excess of seventy-five thousand dollars ($75,000.00) exclusive of interest, costs and disbursements shall be reduced to seventy-five thousand dollars ($75,000.00), plus interest, costs and disbursements if awarded; and

3) this action does not meet Federal Diversity Jurisdiction requirements and, it shall, therefore, upon this Stipulation being "so ordered" by a Judge of this Court, be remanded to the Supreme Court of the State of New York, County of New York.

A FACSIMILE OF SIGNATURE on this Stipulation shall be good as an original.

Bennett -v- J.C. PENNEY
Stipulation
May 12, 2008
Page 2 of 2

THIS STIPULATION MAY BE FILED without further notice with the Clerk of the above-named Court and any Court subsequently having jurisdiction over this matter.

Date: Hicksville, New York
May 12, 2008

BY: _____
MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS by Andy Levin (OL-0903)
Attorney for Defendants
25 Newbridge Road, Suite 200
Hicksville, NY 11801
516-939-9200
516-939-9201 (fax)
File # 003772.000020

BY: _____
Steven J. Seiden
SEIDEN & KAUFMAN
Attorney for Plaintiff
One Old Country Road
Carle Place, NY 11514
516-747-2433
516-294-4339 (fax)

So Ordered:

_____
USDJ